(3)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ROBERT L. WILLIAMS,
IDOC # 3725
    PLAINTIFF,

Vs.      CAUSE NO.
1:04-cv-1247-SEB-VSS

DOCTOR LISA HOSEA, M.D.
NURSE JERRIE COLEMAN,
PRISON HEALTH CARE SERVICES, INC.
SERGEANT MRS. B. WEST,
CORRECTIONAL OFFICER MRS. SPIELER.
DEFENDANTS ARE BEING SUED IN
THEIR INDIVIDUAL AND
OFFICAL CAPACTIES.

## Verified Civil Rights Complaint

### PRELIMINARY STATEMENT:

This is A Claim that falls under Deliberate Indifference to Plaintiff's Serious Medical Needs and Health and Safety, Violations of the Eighth Amendment of the U.S. Constitution, and Claim of Inadequate Medical Care.

-1-

## Jurisdiction:

This Honorable Court has total jurisdiction over these proceedings and claim. This is where the injuries occured and violations did take place at the Plainfield Correctional Facility. 727 Moon Road - Plainfield, Ind. 46168-9400.

## Venue:

is proper and correct under Fed. Rules of Civil Procedure and Civil Rights Act. 42 U.S.C. § 1983.

## Introduction of the Parties:

The Plaintiff is Robert L. Williams, I Doc# 25725, by Pro Se. An Indiana State Prisoner being confined by the Ind. Dept. of Corrections, at the Plainfield Correctional Facility, 727 Moon Road Plainfield, Ind. 46168-9400.

The defendants are (1) Doctor Lisa Hosea, M.D. (2) Nurse Ms. Jerrie Coleman, (3) Prison Healthcare Services, Inc. (4) Correctional Sgt. Mrs. B. West, (5) Correctional Officer Mrs. Spieler. The defendants committed these violations while being at the work place 727 Moon Road - Plainfield, Ind. 46168-9400.

-2-

## Fact of the Case I

On December 10, 2003, the Plaintiff went on a Health Care sick pass to the prison infirmary. The time was <u>10 A.M.</u> The defendant Nurse Jerrie Coleman called the Plaintiff into a room that was app. ten steps away from defendant Lisa Hosea, M.D. treatment room. Plaintiff could see Doctor Hosea, 1 room where he sat.

Defendant Coleman, asked the Plaintiff what he wanted. Plaintiff complained of being <u>dizzy</u>, feeling faint, with blurred vision. Nurse Coleman became very confrontational yelling there is nothing <u>wrong</u> with you and Nurse Coleman said the doctor's Hosea's, policies are clear the Plaintiff would have to be near death before defendant Lisa Hosea, M.D. would see the Plaintiff. Plaintiff repeatedly asked to be seen by the doctor, Nurse Coleman said get the hell out here or she would write conduct report on the Plaintiff. Nurse Coleman, stated as Plaintiff was leaving Doctor Hosea, M.D. would never see the Plaintiff.

-3-

Facts of the Case II And Cause of Action:

On the same day December 10th 2003, at approximately 12:20 P.M. the petitioner lost consciousness inside his Housing Unit - South dorm. Petitioner failed backwards hitting his head (skull) on a concret floor, petitioner was bleeding internally from his mouth not from bitting his tongue or lip.
An medical Emergency Alert call was made. Only one medical personnel showed up to asst. the petitioner the defendant Nurse Ms. Jerrie Coleman, witness(s) will state this defendant made the claims before examining the petitioner of nothing is wrong with him, He (petitioner) is upset because the defendant Nurse Jerrie Coleman wouldn't allow petitioner to see or be treated by the Doctor (2) two hours earlier.

- 4 -

Doctor Lisa Hosea, actions was deliberate indifference, recklessness, and criminal, this defendant never interviewed the Petitioner, but falsified information within Petitioner's medical to deliberately mis-diagnosis Petitioner's Injuries and serious medical needs. "This defendant wrote that Petitioner had an Seizure, and wrote Petitioner have History of Seizure, this is a disputed Fact, Petitioner never had a Seizure or History of Having Seizure. Petitioner have never been on any medications to treat seizure disorders. Defendant Lisa Hosen, Acts was done with malice to cause injury to the Petitioner. This form of deliberate misdiagnos was done with premattated design. Place this erroneous information in the medical

-5-

back, another doctor could come along to treat the petitioner and see this bogus falsified information wrote by the defendant Lisa Hosea, and relie on said medical information and prescribe seizure medication to the petitioner that could cause death.

EX-C→ "See EX-❋-Health Providers"

Claim (1) The defendants was acting under the color of state law under standards set forth in deliberate Indifference to Plaintiff serious medical Needs, and the defendants Actions did deprive the plaintiff of his federally secured rights and violated his 8th Amendment to the United States Constitution under cruel and unusual treatment.

Claim (2) The plaintiff did suffer harm and permanent injuries, from the inactions of the defendants.

-6-

Claim (3)

Defendant Sgt. B. West, used her position under color of state law to deliberately denied the plaintiff a medical diet that was prescribed by a medical doctor diet meals. This caused the plaintiff to go without meals for three days starting May 14th 2004, the plaintif was on medical lay in unable to walk to the prison mess hall. On May 25, 2004 at or about 2.A.M. Plaintiff was taking over to the prison Infirmary complaining of chest pains, being weak and dizzy.

Defendant Sgt. B. West, conducted a form of Retaliation against the plaintiff for witnessing to criminal activities committed by this defendant and defendant officer Mrs. Spieler, the first was in April, 2004, on or about the first week of April 04 - see Plaintiff's Exhibit- B , under "Internal Grievance Complaint".

Defendants West and Spieler, made death threats and bodily harm upon the well being of the plaintiff Health and Safety, defendant officer Spieler also denied the plaintiff's his meals calling the plaintiff a (Rat) snitch, - see Plaintiff's Exhibit- B , "Internal Grievance Complaint"

-7-

CLAIM (4) Plaintiff states Further the Actions and inactions of defendants West, and Spieker, did cause injury to the Plaintiff force to go without nourishment of a medical diet that was prescribed by Doctor, and threating the Health and safety of Plaintiff, in violation of Eight Amend. under Deliberate Indifferences to his serious medical needs and cruel and unusual punishment, defendants West and Spieker, knew that their Act would cause harm to the Plaintiff and their total disregards of excessive Risk to Plaintiff's Health and Safety. U.S.C.A. Const. Amend. 8.

CLAIM (5) Plaintiff states the Actions and Actions of defendants Doctor Lisa Hosea, MD. and Nurse Jerrie Coleman, falls under inadequate medical care of deliberate indifference to Plaintiff's serious medical needs. U.S.C.A. Const. Amend. 8. The defendant Doctor Lisa Hosea, M.D. Failure to exercise or posses required degree of skill, care and learning ordinarily exercised or possessed by the average qualified physican or surgeon. This deft. used an Fraudulent Form of Concealment towards nature and extent of injuries

-8-

suffered by the plaintiff, to wit, intentionally failure to diagnose and treat the injuries plaintiff suffered to his skull, neck, and back on December 10, 2003. Defendant conspired with defendant Jerrie Coleman, to plant illegal misdiagnosed condition as plaintiff had as seizure and also he has history of "Seizure Disorders," unture. The plaintiff continue to complaint of headaches, neck and back pains, Doctor Lisa Hoser, M.D. began to treat plaintiff for an very old medical condition "Hemorrhoids" Plaintiff was already on medications for this condiction by another physician at a different facility - Miami Correctional Facility, Bunker Hill, Ind. Never has any head scan or xrays been taken of the plaintiff's injuries, nor has he been seen or treated by a physician whom specalize in treating head, back, neck, injuries, Plaintiff did requested but was denied see Grievance A. Plaintiff still suffer unbearable pains due to the inactions of the defendants. Plaintill discovered the nature and extent of injury fraudulently concealed by def's Hoser, and Coleman date January 2004.

-9-

Plaintiff do state a claim for which relief can be granted.

A. Stating an claim of Inadequate medical care and Deliberate Indifference to serious medical needs.
    U.S.C.A. Const. Amend. (8)

B. Failure of defendant Doctor Lisa Hosea, to diagnose and treat injuries to skull, neck, back of Plaintiff - Defendant misdiagnosed Plaintiff's condition and injuries.

C. A. and B. Above covers defendants Lisa Hosea, M.D. and Nurse Jerrie Coleman.

<u>Defendants Sgt. B. West and Officer Spieler.</u>
D. Interfering with medical treatment. Stating a claim of Deliberate Indifference to Plaintiff's health and safety and being denied a medical diet and serious medical needs. Cruel and Unusual Punishment.
    U.S.C.A. Const. Amend. (8)

-10-

## Jury Demands:

The Plaintiff ask this Honorable Court that he be allowed to exercise his constitutional rights to have his complaint heard before a civil jury.

## Request For Relief:

1. Compensatory Damages, in the sum of (2) two million dollars against each defendants for pains and suffering, mental anguish and mental torture from fear of being killed by the defendants.
   "Jointly And Severely"

2. Punitive Damages, Enter judgment against the defendants for physical and permanant injuries and ongoing pains and suffering, past, present and future, in the sum of (3) three million dollars.
   "Jointly And Severely"

-11-

3. Declare that the acts and omissions so described within this Verified Complaint that the defendants did violate the Plaintiff's Civil Rights, And Federal Secured Rights And Constitutional Protection under the (8) Amend And the U.S. Constitution.

4. Declare judgment in Favor of the Plaintiff to Have the defendants Pay All Future cost medically the Plaintiff may incur and the cost of these Legal Proceedings.

5. Grant Additional Relief As this Court may deem just And proper.

   Wherefor Now the plaintiff Request the Rights to Amend His Original Complaint to Add other defendants And to cure Any defective parts therein.

                    Respectfully Sub
                    Robert L. Williams Prose
                    Plaintiff #3725

Plaintiff's Sworn Affidavit
In Support of
Verified Complaint

I, Robert L. Williams, #IDOC 3725, do hereby say that I understand the penalties of committing perjury.

I do here by swear under sworn oath that the complete document of verified complaint is the truth to the best of my recollections and knowledge this I say by my oath so help me God.

Dated July 8, 2004

Robert L. Williams
Verifier-Plaintiff
Affiant-Pro Se
#3725
PCF/IYC
727 Moon Road
Plainfield, Ind
46186

-13-

## Certificate of Service

I do certify that I have duly mailed (3) copies of verified complaint 42. U.S.C. 1983 civil rights documents upon the Clerk of the U.S. Court House, 105 U.S. Court House 46 East Ohio Street, by Registered certified mail Request Return Receipt.

on this 8 day of July 2004, by giving said legal documents to Mr. Hobbs, caseworker for Punitive Segregation Unit for mailing.

R____ E. Williams
C____
Pro se
Plaintiff
3725
Pcf
727 Moon Rd.
Plainfield, Ind
46186-9400

-14-