UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT L. WILLIAMS,<br><br>                Plaintiff,<br><br>vs.<br><br>DR. KULU, M.D., et al.,<br><br>                Defendants. | 1:04-cv-1247-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that judgment is entered for the defendants and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.


Date: 10/26/2006

                                                SARAH EVANS BARKER, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distribution:

Robert L. Williams, DOC #3725, Branchville Correctional Facility, P. O. Box 500,
     Tell City, IN   47586
Andrew Ryzard Bloch, ZEIGLER COHEN & KOCH, abloch@zcklaw.com
Roger K. Kanne, ZEIGLER COHEN & KOCH, rkanne@zcklaw.com
Thomas Quigley, Office of the Indiana Attorney General, Indiana Government Center
     South, Fifth Floor, 402 West Washington Street, Indianapolis, IN 46204-2770
Nurse Jerrie Coleman (address not disclosed)